UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

Gary Gillard

vs.                                                                9:06-cv-1038 (FJS/DEP)

John W. Burge, *Superintendent, Elmira Correctional Facility*; Mark Bradt, *Deputy of Security*; Mra. M. Flores, *Sr. Mail Clerk*

## ORDER DISMISSING CASE

On October 19, 2006, pursuant to an order of the Court, the Clerk of the Court issued summonses and provided them to the Plaintiff for service upon each defendant in the case. On January 30, 2007 the Court notified Plaintiff that he must file any executed summonses by February 26, 2007. As the Court has received no further filings from the Plaintiff, there appears to be no reason for this case to remain on the pending Court docket, therefore it is hereby

**ORDERED** that this case is dismissed without prejudice for failure to prosecute and further it is

**ORDERED** that the Clerk of the Court close this case.

IT IS SO ORDERED.

March 16, 2007
Syracuse, New York

Frederick J. Scullin, Jr.
Senior United States District Court Judge